■ In the Matter of SAMUEL L. SOMMER, Petitioner, v NICHOLAS V. MIDEY, JR., Respondent. [639 NYS2d 930]

This proceeding to compel the respondent to render a determination on the petitioner's motion to amend his claim is academic, as the respondent decided the motion by order dated November 15, 1995. Sullivan, J. P., Rosenblatt, Miller and Ritter, JJ., concur.